UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MERLENE CHAMBERS,

                    Plaintiff,

-against-

NEW YORK METHODIST HOSPITAL, et al.,

                    Defendants.

------------------------------------------------------------x

NOT FOR PUBLICATION

07-CV-644 (BMC) (LB)

**MEMORANDUM
AND ORDER**

**COGAN**, District Judge:

On February 8, 2007, plaintiff Merlene Chambers, appearing *pro se*, filed this action against defendants. By Memorandum and Order dated February 21, 2007, the Court granted plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a), but dismissed the complaint as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). On May 21, 2007, the United States Court of Appeals for the Second Circuit dismissed plaintiff's appeal. More than a year later, plaintiff has filed a letter dated February 2, 2009 raising additional allegations.

No action shall be taken on this letter as this case is closed. To the extent plaintiff seeks reconsideration of the Court's decision dismissing her complaint, such relief is DENIED as such a motion is time-barred and in any event there is no basis to alter the Court's decision pursuant to Fed. R. Civ. P. 60(b). Plaintiff's letter continues to make irrational and incredible claims. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

                    - /Signed by Judge Brian M. Cogan/
                    U.S.D.J.

Dated: Brooklyn, New York
       February 10, 2009